IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

GREGORY GILLILAN,

    Plaintiff,

v.

Dr. DEAN BROOME; Dr. T. JONES,
and JOHN PAUL,

    Defendants.

CIVIL ACTION NO.: CV608-052

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.

Plaintiff's first objection states that he "has provided exhibits, which shows without doubts, that Defendants have cometed [sic] perjury to this court in numberious [sic] (S.M.F.) as exhibits from medical records, and [Georgia Department of Corrections'] grievance forms replys shows." (Doc. No. 55, p. 1). As noted in the Magistrate Judge's Report, Plaintiff admitted that he has forged his own medical records—a procedure he claims is merely a correction. (Doc. No. 52, p. 6, n. 4). Contrary to his assertion, Plaintiff has submitted no exhibits indicating that Defendants committed perjury.

AO 72A
(Rev. 8/82)

Plaintiff's second, third, and fourth objections state:

> Defendants alidge [sic] in there [sic] fabr[i]cated repl[ie]s to this court that Plaintiff is monitored for seizures every 30 min; as Plaintiff's exhibits shows the dorrsheets which guards are to sign every 30 min are not sign[e]d, as guards come around 2 or 3 hours later, at[t]empting to sign up, as well as exhibits showing (timeframes) of guards at[t]empting to sign up 3 or 4 hours in advance to make it look as if guard made a round. Exhibits, evidence, (S.M.F.) for the Plaintiff shows inmates are force[d] to set fires in the buildings, just to get a prison guard to enter the building. Defendants, on ex[h]ibits A-1, A-2, A-3, A-4, A-5, A-6, shows pitchers [sic] of buildings which never has prison guards "at as[s]ign[ed] post" as required by the "state operation procedure."

(Doc. No. 55, p. 2). Despite his assertions, Plaintiff has submitted no evidence in support of his claim that he is not monitored every thirty minutes, or that inmates are forced to set fires to get a guard to enter the building. Plaintiff is merely restating assertions that he made in previous filings. (See Doc. No. 1, p. 5). Plaintiff has provided no evidence that he is not being properly monitored.

There is no need for the undersigned to address Plaintiff's remaining objections as they refer to allegations that are not a part of this lawsuit.

Petitioner's objections to the Magistrate Judge's Report and Recommendation are **OVERRULLED**. Plaintiff's § 1983 claim is **DISMISSED**.

**SO ORDERED**, this _1st_ day of _March_, 2010.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA